**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**MANUEL GOMEZ-SANCHEZ and DAVID ALEJANDRO SANDOVAL CANALES**

Defendants.

Case No: 1:26-mj-00053-EPG

```
┌─────────────────────────────┐
│          FILED              │
│       May 18, 2026          │
│  CLERK, U.S. DISTRICT COURT │
│ EASTERN DISTRICT OF CALIFORNIA │
└─────────────────────────────┘
```

**APPLICATION FOR WRIT OF HABEAS CORPUS**

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum          ☐ Ad Testificandum

Name of Detainee:   David Alejandro Sandoval Canales (DOB: 03/01/1985)

Detained at   Kings County Jail

Detainee is:   a.)   ☒ charged in this district by:  ☐ Indictment ☐ Information ☒ Complaint charging detainee with: 21 U.S.C. § 841(a)(1), 18 U.S.C. § 924(c)

or   b.)   ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:   a.)   ☐ return to the custody of detaining facility upon termination of proceedings

or   b.)   ☒ be retained in federal custody until final disposition of federal charges

***Appearance is necessary FORTHWITH in the Eastern District of California.***

| | |
|---|---|
| Signature: | */s/ Nicholas Karp* |
| Printed Name & Phone No: | Nicholas Karp, (559) 290-1693 |
| Attorney of Record for: | United States of America |

**WRIT OF HABEAS CORPUS**

☒ Ad Prosequendum          ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service or any Federal Agent for this district, is hereby ORDERED to produce the named detainee, as soon as practicable, for arraignment on the Complaint and prosecution in the above-captioned case in the Eastern District of California.

Dated:   **May 18, 2026**

*Erica P. Grosjean*
HONORABLE ERICA P. GROSJEAN
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | |
|---|---|
| AKA(s) | ☒Male ☐Female |
| Booking or CDC #: | DOB: 03/01/1985 |
| Facility Address:   1570 Kings County Drive, Hanford, CA 93230 | Race:   Hispanic |
| Facility Phone:   (559) 584-1431 | |
| Currently   Kings County Jail | |

**RETURN OF SERVICE**

Executed on: _____

_____
(signature)